THE MAYOR AND ALDERMEN OF THE CITY OF NEWARK, DEFENDANTS IN ERROR, v. THE STATE BOARD OF TAXATION, PLAINTIFF IN ERROR.

Argued November 25, 1901—Decided January 27, 1902.

A franchise to maintain and operate a street railway over public high-ways and collect tolls from persons traveling upon it is property, and is taxable as such.

On error to the Supreme Court. The opinion of that court is reported in 37 *Vroom* 466.

For the plaintiff in error, *John W. Griggs* and *George T. Werts.*

For the defendants in error, *Henry Young* and *Herbert Boggs.*

,The opinion of the court was delivered by

GUMMERE, CHIEF JUSTICE. The judgment under review should be reversed, for the reasons set forth in the dissenting opinion delivered by Mr. Justice Garrison in the court below.

That there is an inherent value in the property of the North Jersey Street Railway Company, over and above the cost of reproducing its rails, stringers, poles, wires, power-house, &c., needs no demonstration. That value, however, springs, not out of any ownership by the company of an interest in the soil of the highways over which its road passes, but out of its own-ership of the franchise to maintain and operate its road over those highways, and to collect tolls from all persons traveling upon it. This franchise is property, and taxable as such (*State Board of Assessors* v. *Central Railroad Co. of New Jersey,* 19 *Vroom* 146) ; but, under present legislation, the right to tax it has been reserved by the state to itself, through

its state board of assessors, and not delegated to the several municipalities through which the company's road passes.

*For affirmance*—DIXON, COLLINS, VREDENBURGH. 3.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, HENDRICKSON, PITNEY, ADAMS, VOORHEES, VROOM. 7.